# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Kent A. | District Court -- Delaware | 07/26/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Nominee) | X Nomination, Date 07/25/2002<br>___ Initial ___ Annual ___ Final | 01/01/2001 to 07/15/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Corporation Service Company<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

___ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Vice President & General Counsel | Corporation Service Company |
| 2 | Director | The Capital Trust Company of Delaware |
| 3 | Director | Entity Services Group, LLC |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

X NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | NONE |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

___ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 12/31/00 | Corporation Service Company | $189,917 |
| 2 | 12/31/01 | Corporation Service Company | $189,910 |
| 3 | 07/15/02 | Corporation Service Company | $164,497 |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| | EXEMPT | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE<br>NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| | EXEMPT | | |

## VI. LIABILITIES

*Includes those of spouse and dependent children. See pp 33-35 of Instructions.*

| | CREDITOR<br>NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | | | | | EXEMPT | | | | |
| 2 Dreyfus S&P 500 Fund (401(k)) | | None | K | T | | | | | |
| 3 Fidelity Magellan Fund (401(k)) | | None | K | T | | | | | |
| 4 Vanguard Growth Index Fund (401(k)) | | None | J | T | | | | | |
| 5 Vanguard Wellington Fund (401(k)) | | None | J | T | | | | | |
| 6 Vanguard Windsor Fund (401(k)) | | None | J | T | | | | | |
| 7 Vanguard 500 Index Fund (401(k)) | | None | J | T | | | | | |
| 8 Vanguard International Growth Fund (401(k)) | | None | J | T | | | | | |
| 9 Vanguard Small Cap Growth Fund (401(k)) | | None | J | T | | | | | |
| 10 Vanguard Medium Cap Index Fund (401(k)) | | None | J | T | | | | | |
| 11 Vanguard Total Investment Stock Fund (401(k)) | | None | J | T | | | | | |
| 12 Vanguard Retirement Savings Trust (401(k)) | A | Interest | J | T | | | | | |
| 13 Delaware College Investment Plan for Child | | None | J | T | | | | | |
| 14 Delaware College Investment Plan for Child | | None | J | T | | | | | |
| 15 Delaware College Investment Plan for Child | | None | J | T | | | | | |
| 16 ING Money Market Account | A | Interest | K | T | | | | | |
| 17 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT | Jordan, Kent A. | 07/26/2002

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date 7/26/02

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

| ASSETS | |
|---|---|
| Cash on hand and in banks | $33,204 |
| U.S. Government securities-add schedule | none |
| Listed securities-add schedule | $132,132 (see schedule A) |
| Unlisted securities–add schedule | none |
| Accounts and notes receivable | none |
| Due from relatives and friends | none |
| Due from others | none |
| Doubtful | none |
| Real estate owned-add schedule | $250,000 (estimated; see schedule B) |
| Real estate mortgages receivable | none |
| Autos and other personal property | $11,360 (autos, est.) + $25,000 (other personalty, est.)(see schedule C) |
| Cash value-life insurance | none |
| Other assets itemize: | $15,506 (education accnts) + $29,238 (deferred comp.)(see schedule D) |
| | |
| | |
| | |
| Total Assets | $ 496,440 |
| CONTINGENT LIABILITIES | |
| As endorser, comaker or guarantor | None |
| On leases or contracts | None |
| Legal Claims | None |
| Provision for Federal Income Tax | None |
| Other special debt | None |